**United States District Court
District of Oregon**

**CRIMINAL MINUTES**

| | |
|---|---|
| Case Number: **CR10-229(1)-BR** | Proceedings Dated: **07/28/2010** |
| Case Name: **US v. JOSH HALL** | AUSA: _____ |
| Presiding Judge: **Anna J. Brown** | Courtroom Deputy: **Bonnie Boyer** |
| Court Reporter: | |

| DEFENDANT CODES | COUNSEL CODES |
|---|---|
| P .................................... Present<br>NP .............................. Not Present<br>R .................................... Released<br>C .................................... Custody | P .................................... Present<br>NP .............................. Not Present<br>A .................................. Appointed<br>F ............................................ FPD<br>R .................................... Retained |
| (_____) | (_____) |

**RECORD OF :** ORDER

      Based upon the uncontradicted facts set forth in the July 22, 2010, Affidavit of Counsel in Support of Motion to Continue Trial Date, the Court has evaluated the need for the requested continuance for a delay of approximately 70 days, and finds:

1.    Defendant seeks the continuance for the purposes of (a) completing investigation into and legal analysis of the facts of the case; (b) completing investigation of discovery materials; (c) continuing to pursue negotiations with government counsel; and (d) consultation between Defendant and his counsel regarding the case. It is necessary for these matters to be addressed before the case can be resolved by trial or otherwise.

2.    The Government does not object to the requested continuance.

3.    Although counsel asserts 70 days is a reasonable time period to accomplish all of the necessary purposes identified in counsel's Affidavit, the Court concludes at least 100 days is necessary to complete their tasks and to prepare the matter for trial.

4.    This is Defendant's first requested continuance.

      Pursuant to 18 U.S.C. §3161(h)(7)(A)the Court finds the ends of justice outweigh the

---

cc:    [ ] Chambers         [ ] Probation Office
        [ ] Counsel of Record  [ ] Pretrial Services Office
        [ ] Jury Clerk         [ ] U.S. Marshal's Office

**CRIMINAL MINUTES**                      Document Number: _____
  Hon. Anna J. Brown

best interests of the public and the defendant in a speedy trial because the failure to grant the requested continuance is likely to result in a miscarriage of justice (§3161(h)(7)(B)(i)) and likely would deny Defendant's counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence (§3161(h)(7)(B)(iv).

    Jury Trial (3 days) is RESET for 11/16/2010 at 9:00 am before Judge Anna J. Brown. Accordingly, the time between 08/10/2010 and 11/16/2010 is excludable delay.

cc:    [ ] Chambers               [ ] Probation Office
      [ ] Counsel of Record     [ ] Pretrial Services Office
      [ ] Jury Clerk            [ ] U.S. Marshal's Office

**CRIMINAL MINUTES**                         Document Number: _____
  **Hon. Anna J. Brown**