Thomas K. Coan, OSB #89173
tom@tomcoan.com
Attorney at Law
1001 SW Fifth Ave., Suite 1400
Portland, OR  97204
(503) 221-8736

Attorney for David Van Beenen

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | Case No. CR 10-229-BR |
| vs. | ) | UNOPPOSED MOTION TO |
| | ) | CONTINUE TRIAL DATE |
| JOSH HALL, and | ) | |
| DAVID VAN BEENEN, | ) | |
| Defendant. | ) | |

Defendant David Van Beenen, through his attorney, Thomas K. Coan, moves the court for an order continuing the trial in this case to May 16, 2011, or as soon thereafter as the court's schedule and the schedule of parties allows.  The government and co-defendant Hall do not object to this request for a continuance.  This motion is supported by the declaration of Thomas K. Coan.

DATED this 16th day of February 2010.

*Thomas K. Coan*_____
Thomas K. Coan, OSB 89173
Attorney for Defendant Van Beenen

Page 1 – UNOPPOSED MOTION TO CONTINUE TRIAL DATE