## United States District Court
## District of Oregon

### CRIMINAL MINUTES

| | |
|---|---|
| Case Number: **CR10-229(1)-BR** | Proceedings Dated: **02/22/2011** |
| Case Name: **US v. HALL** | AUSA: _____ |
| Presiding Judge: **Anna J. Brown** | Courtroom Deputy: **Bonnie Boyer** |
| Court Reporter: | |

| DEFENDANT CODES | COUNSEL CODES |
|---|---|
| P .................................... Present<br>NP ............................... Not Present<br>R .................................... Released<br>C .................................... Custody | P .................................... Present<br>NP ............................... Not Present<br>A .................................. Appointed<br>F ............................................ FPD<br>R ....................................... Retained |
| (_____) | (_____) |

**RECORD OF :** ORDER

   Based upon the uncontradicted facts set forth in the February 14, 2011, Declaration of Counsel in Support of Motion to Postpone Trial, the Court has evaluated the need for the requested continuance for a delay of approximately seventy-seven (77) days, and finds:

1.   Defendant is charged in a six count Indictment with three counts of Bank Fraud in violation of 18 USC § 2 and 1344 and three counts of False Statement to a Bank in violation of 18 USC 2 and 1014. He was released by Order Setting Conditions of Release dated June 16, 2010.

2.   Defendant seeks the continuance for the purposes of (a) completing investigation into and legal analysis of the facts of the case; (b) requesting further discovery; and (c) consultation between Defendant and his counsel regarding the case. It is necessary for these matters to be addressed before the case can be resolved by trial or otherwise.

3.   The Government does not object to the requested continuance.

4.   Seventy-seven (77) days is a reasonable time period to accomplish all of the necessary purposes identified in counsel's Declaration.

cc:   [ ] Chambers          [ ] Probation Office
      [ ] Counsel of Record [ ] Pretrial Services Office
      [ ] Jury Clerk        [ ] U.S. Marshal's Office

**CRIMINAL MINUTES**                                   Document Number: _____
   Hon. Anna J. Brown

5.    This is Defendant's third requested continuance.

Pursuant to 18 U.S.C. §3161(h)(7)(A)the Court finds the ends of justice outweigh the best interests of the public and the defendant in a speedy trial because the failure to grant the requested continuance is likely to result in a miscarriage of justice (§3161(h)(7)(B)(i)) and likely would deny Defendant's counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence (§3161(h)(7)(B)(iv).

Jury Trial (3 days) is RESET for 05/17/2011 at 9:00 am before Judge Anna J. Brown. Accordingly, the time between 03/08/2011 and 05/17/2011 is excludable delay.

cc:    [ ] Chambers            [ ] Probation Office
       [ ] Counsel of Record   [ ] Pretrial Services Office
       [ ] Jury Clerk          [ ] U.S. Marshal's Office

**CRIMINAL MINUTES**                                Document Number: _____
  Hon. Anna J. Brown