Daniel L. Feiner, OSB# 81221
Attorney at Law
1221 SW 10th Ave., Unit 1103
Portland, OR 97205
(503) 228-2822

Attorney for Josh Hall

FILED'11 MAR 9 16:26USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  vs.<br><br>JOSH HALL,<br><br>  Defendant | CR 10-229-BR<br><br>MOTION TO SEAL DECLARATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL |

Daniel Feiner, attorney for Josh Hall, moves the Court for an order authorizing filing of his declaration in support of motion to withdraw as counsel under seal.

Page 1 – MOTION TO SEAL DECLARATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL

This request is made because the document includes references to matters within the attorney-client privilege and concerning defense strategy.

IT IS SO MOVED this 9th day of March, 2011.

Daniel L. Feiner
Attorney for Josh Hall