Noel Grefenson, P.C.
Attorney at Law
1415 Liberty Street SE
Salem, Oregon 97302
(503) 371-1700
Ngrefenson@aol.com

Attorney for Josh Hall

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOSH HALL,<br><br>Defendant. | Case No.: CR 10-229 BR<br><br>DEFENDANT, JOSH HALL'S OBJECTION TO DEFENDANT VAN BEENEN'S MOTION TO SEAL AND MOTION FOR PROTECTIVE ORDER |

Through his counsel, Defendant, Josh Hall, objects to Defendant David Van Beenen's motion to seal email communications he claims were inadvertently disclosed to a third party and to the Government. Defendant Hall further objects to entry of a protective order which restricts his access to and use of the involved email communications. Although Hall's defense counsel has not seen these email communications he questions:

1.   Whether the email communications are subject to the attorney-client privilege;

2.   If privileged, whether defendant Van Beenen's failure to advise his counsel of the purported inadvertent disclosure precludes a finding that he took reasonable steps to rectify that mistake;

1 – DECLARATION OF JOSH HALL IN SUPPORT OF WAIVER OF APPEARANCE

Noel Grefenson P.C.
Attorney at Law
1415 Liberty Street SE
Salem, Oregon 97302
(503) 371-1700
Ngrefenson@aol.com

3. Whether the Government is nonetheless required to produce the email communications as discovery to Defendant Hall during pretrial or trial proceedings; and

4. Whether, if sealed, the Court should nonetheless permit Defendant Hall's defense counsel to review the email communications to make a complete record concerning their exculpatory value to Defendant Hall.

This motion finds support in a memorandum of points and authorities filed herewith.

Dated: May 11, 2011.

/s/ Noel Grefenson
Noel Grefenson, OSB No. 88216
Attorney for Defendant Hall

2 – DECLARATION OF JOSH HALL IN SUPPORT OF WAIVER OF APPEARANCE

Noel Grefenson P.C.
Attorney at Law
1415 Liberty Street SE
Salem, Oregon 97302
(503) 371-1700
Ngrefenson@aol.com