**DWIGHT C. HOLTON, OSB No. 09054**
United States Attorney
District of Oregon
**MICHELLE HOLMAN KERIN, OSB No. 965278**
Assistant United States Attorney
michelle.kerin@usdoj.gov
1000 S.W. Third Ave., Suite 600
Portland, OR  97204-2902
Telephone:  (503) 727-1000
      Attorneys for the United States of America

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 10-CR-00229-BR |
| v. | |
| JOSH HALL and<br>DAVID VAN BEENEN, | JOINT STATUS REPORT |
| DEFENDANTS. | |

United States Attorney Dwight C. Holton for the District of Oregon, by and through Assistant United States Attorney Michelle Kerin, Noel Grefenson on behalf of defendant Josh Hall and Thomas Coan on behalf of defendant David VanBeenen submit the following Joint Status Report.

**I.    DISCOVERY ISSUES**

The parties are scheduled to appear before this court Wednesday, May 18, 2011 at 8:30 a.m. on defendant VanBeenen's Motion for a Protective Order.  In addition, defendant VanBeenen filed a motion to compel documents from the government today, May 16, 2011. The

government opposes the motion and would like two weeks to respond. Otherwise, discovery continues to be provided to defendants as it becomes available to the government. The government anticipates discovery, including motions, will be complete by mid-June.

## II.  TRIAL DATE

Trial in this matter has been set for August 22, 2011. Defendant Hall believes he may need another continuance of the trial date of 60 to 90 days. Neither defendant VanBeenen or the government object to defendant Hall's request for a continuance.

## III.  MOTIONS

Other than the discovery motions identified above, the parties do not believe other motions (except Motions in Limine) will be required.

Dated this 16th day of May, 2011.

        Respectfully submitted,

        DWIGHT C. HOLTON
        United States Attorney
        District of Oregon

        */s/ Michelle Holman Kerin*
        Michelle Holman Kerin
        Assistant United States Attorney

        */s/ Noel Grefenson*
        Noel Grefenson
        Attorney for Josh Hall

        */s/ Thomas Coan*
        Thomas Coan
        Attorney for David VanBeenen