Noel Grefenson
Attorney at Law
1415 Liberty Street SE
Salem, Oregon 97302
(503) 371-1700
Email: Ngrefenson@aol.com

    Attorney for Josh Hall

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JOSH HALL,<br><br>    Defendant. | Case No.: CR 10-229 BR<br><br>DECLARATION OF NOEL GREFENSON IN SUPPORT OF MOTION TO POSTPONE TRIAL |

    Under the penalty for perjury, I, Noel Grefenson, hereby certify that the following facts are true and correct to the best of my knowledge and belief:

    1.    I am substitute counsel for defendant Josh Hall, who is accused herein of Bank Fraud and making False Statements to a Bank in the District of Oregon. I was appointed on March 11, 2011.

    2.    Mr. Hall is out of custody pending resolution his charges.

    3.    Trial in this case is set for August 22, 2011.

    4.    I have received several thousand pages of discovery from Mr. Hall's previous attorney, Dan Feiner, most of which is complicated financial information. I have spent considerable time reviewing and organizing this material in efforts to simplify the case for trial, however, the number of property transactions detailed in the discovery far

1 – DECLARATION OF NOEL GREFENSON IN SUPPORT OF MOTION
    TO POSTPONE TRIAL

Noel Grefenson PC
Attorney at Law
1415 Liberty Street SE
Salem, Oregon 97302
(503) 371-1700

exceeds those referenced in the indictment yet are potentially relevant to the defense. So far, it appears there are at least 20 different transactions beyond those in the indictment which require ardent examination.

5. This Court has authorized the use of a private investigator, Ken Herbst, to assist me in developing information and preparing this case for trial. Mr. Herbst and I are continuing efforts to locate and interview witnesses familiar with my client and the facts and circumstances underlying the property transactions in this case.

6. Based on the nature of the charges and the complexity of bank information and property transactions I believe additional time is necessary in order to properly evaluate my client's involvement in the allegations and to prepare his case for trial.

7. I have discussed with Mr. Hall the status of his case, including postponement of the trial proceedings and his rights under the Speedy Trial Act. Mr. Hall acknowledges that he understands his rights and is in agreement with a trial continuance.

8. I have contacted the government's counsel, Assistant U.S. Attorney, Scott M. Kerin, regarding his position on a trial continuance, and he indicates no objection. Counsel for the co-defendant, Tom Coan, likewise indicates no objection.

9. Under the circumstances outlined above and considering that a postponement will facilitate the fair and just resolution of this case, I believe that under Title 18 U.S.C § 3161(h)(8) the ends of justice served by postponement of a trial herein outweigh the interest of the public and the defendant in a speedy trial.

Dated: June 6, 2011.

/s/ *Noel Grefenson*
Noel Grefenson, OSB No. 88216
Attorney for Josh Hall

2 – DECLARATION OF NOEL GREFENSON IN SUPPORT OF MOTION
     TO POSTPONE TRIAL

Noel Grefenson PC
Attorney at Law
1415 Liberty Street SE
Salem, Oregon 97302
(503) 371-1700