**DWIGHT C. HOLTON, OSB No. 09054**
United States Attorney
District of Oregon
**MICHELLE HOLMAN KERIN, OSB No. 965278**
Assistant United States Attorney
michelle.kerin@usdoj.gov
1000 S.W. Third Ave., Suite 600
Portland, OR  97204-2902
Telephone:  (503) 727-1000
        Attorneys for the United States of America

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 10-CR-00229-BR |
| v. | |
| JOSH HALL and<br>DAVID VAN BEENEN,  | SECOND JOINT STATUS REPORT |
| Defendants. | |

    United States Attorney Dwight C. Holton for the District of Oregon, by and through

Assistant United States Attorney Michelle Kerin and Thomas Coan on behalf of defendant David

VanBeenen submit the following Second Joint Status Report.  The parties were unable to

confirm the contents of this Second Joint Status Report with Noel Grefenson on behalf of

defendant Josh Hall.

/ / /

/ / /

/ / /

The parties have been actively exploring settlement options. If the parties are unable to settle the case, the government and counsel for David VanBeenen believe they will be ready for trial on the currently scheduled trial date, November 14, 2011.

Dated this 9th day of September, 2011.

          Respectfully submitted,

          DWIGHT C. HOLTON
          United States Attorney
          District of Oregon

          */s/ Michelle Holman Kerin*
          Michelle Holman Kerin
          Assistant United States Attorney

          */s/ Thomas Coan*
          Thomas Coan
          Attorney for David VanBeenen