Noel Grefenson
Attorney at Law
1415 Liberty Street SE
Salem, Oregon 97302
(503) 371-1700
Email: Ngrefenson@aol.com

Attorney for Josh Hall

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| UNITED STATES OF AMERICA, | Case No.: CR 10-229 BR |
|---|---|
| Plaintiff, | |
| vs. | MOTION TO CONTINUE TRIAL |
| JOSH HALL, | |
| Defendant. | |

Defendant, Josh Hall, by and through counsel, Noel Grefenson, hereby moves the Court to continue trial in this matter for a period of 30 days, from November 14, 2011, until December 14, 2011. This motion is made under 18 U.S.C. § 3161(h)(7)(A),(B) regarding the Speedy Trial Act, the ends of justice served by a postponement of trial will outweigh the best interest of the public and the defendant in a speedy trial.

On or about September 17, 2011, the parties reached a plea agreement in this matter. Counsel for the parties further agreed, however, that Mr. Hall's change of plea should not occur until after resolution of his codefendant's case. That case resolved on October 26, 2011. Counsel and Mr. Hall now require additional time to complete formal entry of Mr. Hall's change of plea.

1 –MOTION TO CONTINUE TRIAL

Noel Grefenson PC
Attorney at Law
1415 Liberty Street SE
Salem, Oregon 97302
(503) 371-1700
NGrefenson@aol.com

1  Mr. Hall is aware of his speedy trial rights, understands those rights and agrees that
2  a continuance of trial is necessary to permit him to formally enter a change of plea
3  pursuant to the terms of his agreement with the Government.
4  Counsel for the Government, Michelle Kerin, has no objection to this motion.
5  This motion finds further support in the Declaration of Noel Grefenson, which is filed
6  together with this motion.
7  Dated: November 10, 2011.

*/s/ Noel Grefenson*
Noel Grefenson, OSB No. 88216
Attorney for Defendant

2 –MOTION TO CONTINUE TRIAL

Noel Grefenson PC
Attorney at Law
1415 Liberty Street SE
Salem, Oregon 97302
(503) 371-1700
NGrefenson@aol.com