Noel Grefenson
Attorney at Law
1415 Liberty Street SE
Salem, Oregon 97302
(503) 371-1700
Email: Ngrefenson@aol.com

Attorney for Josh Hall

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| UNITED STATES OF AMERICA, | Case No.: CR 10-229 BR |
|---|---|
| Plaintiff, | DECLARATION OF NOEL GREFENSON IN SUPPORT OF MOTION TO CONTINUE TRIAL |
| vs. | |
| JOSH HALL, | |
| Defendant. | |

Under the penalty for perjury, I, Noel Grefenson, hereby certify that the following facts are true and correct to the best of my knowledge and belief:

1. I am substitute counsel for defendant Josh Hall, who is charged in this case with Bank Fraud and making False Statements to a Bank in the District of Oregon. I was appointed by this Court on March 11, 2011.

2. Mr. Hall is out of custody pending resolution his charges.

3. Trial in this case is set for November 14, 2011.

4. On September 17, 2011, I received a revised plea offer from the Government. Among other things, the revised agreement requires Mr. Hall to plead guilty to a misdemeanor offense after which the Government will move to dismiss the pending

1 – DECLARATION OF NOEL GREFENSON IN SUPPORT OF MOTION TO
    CONTINUE TRIAL

Noel Grefenson PC
Attorney at Law
1415 Liberty Street SE
Salem, Oregon 97302
(503) 371-1700
NGrefenson@aol.com

Indictment and recommend a probationary sentence. After discussing the terms of this agreement with me, Mr. Hall agreed to accept the Government's offer. Counsel for the parties, however, agreed to delay entry of Mr. Hall's plea until after resolution of his codefendant's case.

5. On October 26, 2011, the co-defendant in this case, David J. VanBeenen, entered a plea of guilty to a Superseding Information. The parties now require a short delay of the present trial date in order to accommodate Mr. Hall's change of plea.

6. I have discussed Mr. Hall's speedy trial rights with him on multiple occasions, including again on November 7, 2011. Mr. Hall is aware of his speedy trial rights and agrees that a postponement of his scheduled trial date is reasonable and necessary for the reasons stated above.

7. Counsel for the Government, Michelle Kerin, has no objection to the requested continuance.

8. For the reasons stated above and considering that a postponement will facilitate the fair and just resolution of this case, I maintain that under Title 18 U.S.C § 3161(h)(7)(A), (B) the ends of justice served by postponement of a trial herein outweigh the interest of the public and the defendant in a speedy trial.

Dated: November 10, 2011.

/s/ Noel Grefenson

Noel Grefenson, OSB No. 88216
Attorney for Defendant Hall

2 – DECLARATION OF NOEL GREFENSON IN SUPPORT OF MOTION TO CONTINUE TRIAL

Noel Grefenson PC
Attorney at Law
1415 Liberty Street SE
Salem, Oregon 97302
(503) 371-1700
NGrefenson@aol.com