Noel Grefenson
Attorney at Law
1415 Liberty Street SE
Salem, Oregon 97302
(503) 371-1700
Email: Ngrefenson@aol.com

Attorney for Josh Hall

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>JOSH HALL,<br><br>　　　　Defendant. | Case No.: CR 10-229 BR<br><br>DECLARATION OF NOEL GREFENSON IN SUPPORT OF MOTION TO CONTINUE TRIAL |

Under the penalty for perjury, I, Noel Grefenson, hereby certify that the following facts are true and correct to the best of my knowledge and belief:

1. I am substitute counsel for defendant Josh Hall, who is charged in this case with Bank Fraud and making False Statements to a Bank in the District of Oregon. I was appointed by this Court on March 11, 2011.

2. Mr. Hall is out of custody pending resolution his charges.

3. Trial in this case is set for December 13, 2011.

4. The Government and the defendant have reached an agreement wherein this case will likely resolve prior to trial. The details of this agreement are not final however, due in part to the status of the co-defendant's case, which is pending a

1 – DECLARATION OF NOEL GREFENSON IN SUPPORT OF MOTION TO
　　CONTINUE TRIAL

Noel Grefenson PC
Attorney at Law
1415 Liberty Street SE
Salem, Oregon 97302
(503) 371-1700
NGrefenson@aol.com

sentencing hearing on January 13, 2012.  Co-defendant's counsel has motioned the Court for a continuance of that hearing until February 13, 2012, or thereafter.  The motion is active.

    5.    I would like to continue trial in this case until the result of co-defendant's sentence is known so that the parties herein can formalize the details of Mr. Hall's agreement with the Government.

    6.    I have discussed Mr. Hall's speedy trial rights with him on multiple occasions and he is aware of his rights and agrees that a continuance of his scheduled trial date is reasonable and necessary for the reasons stated above.

    7.    Counsel for the Government, Michelle Kerin, has no objection to the requested continuance.

    8.    For the reasons stated above and considering that a postponement will facilitate the fair and just resolution of this case, I maintain that under Title 18 U.S.C § 3161(h)(7)(A), (B) the ends of justice served by postponement of a trial herein outweigh the interest of the public and the defendant in a speedy trial.

Dated: December 2, 2011.

*/s/ Noel Grefenson*
Noel Grefenson, OSB No. 88216
Attorney for Defendant Hall

2 – DECLARATION OF NOEL GREFENSON IN SUPPORT OF MOTION TO CONTINUE TRIAL

Noel Grefenson PC
Attorney at Law
1415 Liberty Street SE
Salem, Oregon 97302
(503) 371-1700
NGrefenson@aol.com