Noel Grefenson
Attorney at Law
1415 Liberty Street SE
Salem, Oregon 97302
(503) 371-1700
Email: Ngrefenson@aol.com

Attorney for Josh Hall

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>JOSH HALL,<br><br>　　　　Defendant. | Case No.: CR 10-229 BR<br><br>SUPPLEMENTAL DECLARATION OF NOEL GREFENSON IN SUPPORT OF MOTION TO CONTINUE TRIAL |

Under the penalty for perjury, I, Noel Grefenson, hereby certify that the following facts are true and correct to the best of my knowledge and belief:

1. I am substitute counsel for defendant Josh Hall, who is charged in this case with Bank Fraud and making False Statements to a Bank in the District of Oregon. I was appointed by this Court on March 11, 2011.

2. I make this supplemental declaration to support a previously filed motion to continue trial. Mr. Hall is out of custody pending resolution his charges.

3. Trial in this case is set for December 13, 2011. The parties have agreed that the government will dismiss its indictment and charge defendant with a misdemeanor offense. Counsel for the parties require additional time to complete investigation on the

1 – SUPPLEMENTAL DECLARATION OF NOEL GREFENSON IN SUPPORT OF
　　MOTION TO CONTINUE TRIAL

Noel Grefenson PC
Attorney at Law
1415 Liberty Street SE
Salem, Oregon 97302
(503) 371-1700
NGrefenson@aol.com

factual basis for the new charge to be filed against Mr. Hall and the loss attributed to that offense for purposes of any restitution which could be attributed to his conduct.

4. On October 26, 2011, the co-defendant in this case, David J. VanBeenen, entered a plea of guilty to a Superseding Information.

5. I have discussed Mr. Hall's speedy trial rights with him on multiple occasions. Mr. Hall is aware of his speedy trial rights and agrees that a postponement of his scheduled trial date is reasonable and necessary for the reasons stated above.

6. Counsel for the Government, Michelle Kerin, agrees with and joins in the requested continuance.

7. For the reasons stated above and considering that a postponement will facilitate the fair and just resolution of this case, I maintain that under Title 18 U.S.C § 3161(h)(7)(A), (B) the ends of justice served by postponement of a trial herein outweigh the interest of the public and the defendant in a speedy trial.

Dated: December 7, 2011.

/s/ Noel Grefenson

Noel Grefenson, OSB No. 88216
Attorney for Defendant Hall

2 – SUPPLEMENTAL DECLARATION OF NOEL GREFENSON IN SUPPORT OF MOTION TO CONTINUE TRIAL

Noel Grefenson PC
Attorney at Law
1415 Liberty Street SE
Salem, Oregon 97302
(503) 371-1700
NGrefenson@aol.com