Noel Grefenson
Attorney at Law
1415 Liberty Street SE
Salem, Oregon 97302
(503) 371-1700
Email: Ngrefenson@aol.com

    Attorney for Josh Hall

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JOSH HALL,<br><br>    Defendant. | Case No.: CR 10-229 BR<br><br>MOTION TO CONTINUE TRIAL |

    Defendant, Josh Hall, by and through counsel, Noel Grefenson, hereby moves the Court to continue trial in this matter for a period of 15 days, from February 28, 2012, until March 14, 2012. This motion is made under 18 U.S.C. § 3161(h)(7)(A),(B) regarding the Speedy Trial Act, the ends of justice served by a postponement of trial will outweigh the best interest of the public and the defendant in a speedy trial.

    A trial continuance is necessary because the parties are scheduling a change of plea hearing and require additional time to complete necessary paperwork related to the residential property which is the subject of the superseding information the government intends to file.

\ \ \ \

\ \ \ \

1 –MOTION TO CONTINUE TRIAL

Noel Grefenson PC
Attorney at Law
1415 Liberty Street SE
Salem, Oregon 97302
(503) 371-1700
NGrefenson@aol.com

Mr. Hall is aware of his speedy trial rights, understands those rights and agrees that a continuance of trial is necessary to complete tasks necessary to resolve this matter.

Opposing counsel indicates no objection to this motion.

This motion finds further support in the Declaration of Noel Grefenson, which is filed together with this motion.

Dated: February 23, 2012.

/s/ Noel Grefenson

Noel Grefenson, OSB No. 88216
Attorney for Defendant

2 –MOTION TO CONTINUE TRIAL

Noel Grefenson PC
Attorney at Law
1415 Liberty Street SE
Salem, Oregon 97302
(503) 371-1700
NGrefenson@aol.com