Noel Grefenson
Attorney at Law
1415 Liberty Street SE
Salem, Oregon 97302
(503) 371-1700
Email: Ngrefenson@aol.com

Attorney for Josh Hall

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JOSH HALL,<br><br>    Defendant. | Case No.: CR 10-229 BR<br><br>DECLARATION OF NOEL GREFENSON IN SUPPORT OF MOTION TO CONTINUE TRIAL |

Under the penalty for perjury, I, Noel Grefenson, hereby certify that the following facts are true and correct to the best of my knowledge and belief:

1. I am substitute counsel for defendant Josh Hall, who is charged in this case with Bank Fraud and Making False Statements to a Bank in the District of Oregon. I was appointed by this Court on March 11, 2011.

2. Mr. Hall is out of custody pending resolution of his charges and he remains in regular contact with my office.

3. Trial in this case is set for February 28, 2012. The parties have agreed that the government will dismiss its indictment and charge defendant with a misdemeanor

\ \ \ \

1 – SUPPLEMENTAL DECLARATION OF NOEL GREFENSON IN SUPPORT OF MOTION TO CONTINUE TRIAL

Noel Grefenson PC
Attorney at Law
1415 Liberty Street SE
Salem, Oregon 97302
(503) 371-1700
NGrefenson@aol.com

offense. I expect that the government will file a Superseding Information in the near future which provides details concerning the alleged misdemeanor offense.

4. I require additional time to review with the defendant materials which concern the residential property subject to the new charge and anticipated plea, including financial information for purposes of restitution, and to otherwise complete paperwork pertinent to the resolution of this case. I believe 15 days will provide adequate time to satisfy these objectives.

5. The co-defendant in this case, David J. VanBeenen, has pleaded guilty and was sentenced to 1-day prison term and 3 years supervised probation.

6. I have discussed Mr. Hall's speedy trial rights with him on multiple occasions. Mr. Hall is aware of his speedy trial rights and agrees that a postponement of his scheduled trial date is reasonable and necessary for the reasons stated above.

7. Counsel for the Government, Michelle Kerin, agrees with and joins in the requested continuance.

8. For the reasons stated above and considering that a postponement will facilitate the fair and just resolution of this case, I maintain that under Title 18 U.S.C § 3161(h)(7)(A), (B) the ends of justice served by postponement of a trial herein outweigh the interest of the public and the defendant in a speedy trial.

Dated: February 23, 2012.

/s/ Noel Grefenson
Noel Grefenson, OSB No. 88216
Attorney for Defendant Hall

2 – SUPPLEMENTAL DECLARATION OF NOEL GREFENSON IN SUPPORT OF MOTION TO CONTINUE TRIAL

Noel Grefenson PC
Attorney at Law
1415 Liberty Street SE
Salem, Oregon 97302
(503) 371-1700
NGrefenson@aol.com