
# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

# PORTLAND DIVISION

FILED 13 MAR '12 14:13 USDC-ORP

UNITED STATES OF AMERICA

v.

JOSHUA HALL,

    Defendant.

3:10-CR-00229-01-BR

SUPERSEDING MISDEMEANOR INFORMATION AS TO DEFENDANT JOSHUA HALL

18 U.S.C. § 2113(c)

## THE UNITED STATES ATTORNEY CHARGES:

### COUNT 1
### Bank Larceny – Less Than $1,000
### (18 U.S.C. § 2113(c))

On or about December 5, 2007, in the District of Oregon, the defendant, **JOSHUA HALL** received money, in an amount of less than $1,000, which he knew had been taken from a financial institution as defined in 18 U.S.C. § 20 and that was based on misrepresentations to the financial institution; all in violation of Title 18, United States Code, Section 2113(c), a Class A Misdemeanor.

Dated this 13th day of March 2012.

S. AMANDA MARSHALL
United States Attorney

[signature]
MICHELLE HOLMAN KERIN
Assistant United States Attorney