Noel Grefenson, P.C.
Attorney at Law
1415 Liberty Street SE
Salem, Oregon 97302
(503) 371-1700
Ngrefenson@aol.com

Attorney for Josh Hall

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| UNITED STATES OF AMERICA, | Case No.: 3: 10-cr-00229-BR |
|---|---|
| Plaintiff, | DEFENDANT'S MOTION TO CONTINUE SENTENCING |
| vs. | |
| JOSH HALL, | |
| Defendant. | |

Defendant, Josh Hall, by and through his counsel, Noel Grefenson, hereby moves the Court to continue sentencing in this matter for a period of approximately 45 days, from June 1, 2012 to the second week of July 2012.

This motion is necessary because counsel is involved in a large and complex criminal prosecution in *United States v. Kowalczyk*, USDC Case No. 03: 08-cr-00095-KI and is scheduled to appear before Judge King for motions proceedings on May 31st and June 1st. Counsel requests a continuance to accommodate the motions proceedings in that case.

The defendant concurs with a continuance in this matter.

\ \ \ \

\ \ \ \

1 – DEFENDANT'S MOTION TO CONTINUE SENTENCING

Noel Grefenson P.C.
Attorney at Law
1415 Liberty Street SE
Salem, Oregon 97302
(503) 371-1700
Ngrefenson@aol.com

1  Assistant United States Attorney, Michelle Kerin, does not object to a continuance
2  of sentencing proceedings herein.
3  Dated: May 18, 2012.

/s/ Noel Grefenson
Noel Grefenson, OSB No. 88216
Attorney for Josh Hall

2 – DEFENDANT'S MOTION TO CONTINUE SENTENCING

Noel Grefenson P.C.
Attorney at Law
1415 Liberty Street SE
Salem, Oregon 97302
(503) 371-1700
Ngrefenson@aol.com